# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No.: CV 21-04436 SB (KSx) | Date: June 28, 2021 |
|---|---|

| Title: *Gilbert Campos v. Bluetriton Brands Inc. et al* | |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER STRIKING FILING (DKT. NO. 11)

    The Court strikes the NOTICE OF MOTION AND MOTION to Remand Case to Los Angeles Superior Court, filed by Plaintiff Gilbert Campos, **Dkt. No. 12**., without prejudice to refiling in accordance with the Court's standing order (provided that the refiling is otherwise timely,) *see* Notice of Deficiencies **Dkt. No. 14**.

CV-90 (12/02)     **CIVIL MINUTES – GENERAL**     Initials of Deputy Clerk JGR

1